# CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Chief Magistrate Judge Steven M. Gold |
| **DATE:** | May 13, 2015 |
| **TIME:** | 2:00 P.M. |
| **DOCKET NUMBER(S):** | CV-14-5899 (JG) |
| **NAME OF CASE(S):** | STEPANIAN V. CITY OF NEW YORK ET AL |
| **FOR PLAINTIFF(S):** | Stepanian, pro se |
| **FOR DEFENDANT(S):** | Oliner |
| **NEXT CONFERENCE(S):** | (See rulings below) |

**RULINGS FROM SETTLEMENT CONFERENCE:**

Case settled. Documents reviewed and executed on the record. Defendants to file a stipulation of discontinuance once the settlement funds are disbursed. If the stipulation has not been filed by June 16, defendants shall submit a letter reporting on the status of the settlement.

(**FTR 3:33-4:15**)