

**ZACHARY W. CARTER**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**DANIEL H. OLINER**
phone: (212) 356-2329
fax: (212) 356-3509
doliner@law.nyc.gov

June 15, 2015

**BY ECF**
Honorable Steven M. Gold
Chief United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11201

        Re:    Raffi Stepanian v. City of New York, et al.
                  14 CV 5899 (JG) (SMG)

Your Honor:

        I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department, and am assigned to represent defendant City of New York (hereinafter referred to as "Defendant") in the above-referenced matter. I write pursuant to the Court's instructions at the settlement conference held on May 13, 2015, to apprise the Court of the status of payment in this matter. Upon information and belief, a check for the full settlement amount agreed upon was issued and mailed to plaintiff on Thursday, June 11, 2015. Accordingly, payment should be received within the next few days.

        Thank you for your consideration herein.

                  Respectfully submitted,

                  /s/

                  Daniel H. Oliner
                  Assistant Corporation Counsel
                  Special Federal Litigation Division

cc:    Raffi Stepanian (*via first class mail*)
       *plaintiff pro se*
       15-01 144th Street
       Whitestone, NY 11357