UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

RAFFI STEPANIAN,

                                                  Plaintiff,

                     -against-

THE CITY OF NEW YORK ("THE CITY"),
NEW YORK CITY POLICE DEPARTMENT ("NYPD"),
NYPD SERGEANT LEE, SHIELD # 858,
NYPD OFFICER POO'LEARY SHIELD # 1282,
NYPD SITIRIO SHIELD # 3690,
Individually and in their official capacities, jointly and
severally,

                                                  Defendants.
------------------------------------------------------------------x

**STIPULATION AND ORDER OF DISMISSAL**

14 CV 5899 (JG) (SMG)

        **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

        1.      The above-referenced action is hereby dismissed with prejudice; and

2.  Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
           May 13, 2015

| | |
|---|---|
| Raffi Stepanian<br>*Plaintiff* Pro Se<br>15-01 144th Street<br>Whitestone, New York 11357 | ZACHARY W. CARTER<br>Corporation Counsel of the<br>    City of New York<br>*Attorney for Defendant City of New York*<br>100 Church Street, 3rd Floor<br>New York, New York 10007 |
| By: _____<br>Raffi Stepanian<br>*Plaintiff* Pro Se | By: _____<br>Daniel H. Oliner<br>*Assistant Corporation Counsel*<br>Special Federal Litigation Division |

SO ORDERED:

_____
HON. JOHN GLEESON
UNITED STATES DISTRICT JUDGE

Dated: _____, 2015